```
1  Yuliya Mirzoyan (CA Bar #247324)
   ymirzoyan@deconsel.com
2  DeCARLO, CONNOR & SHANLEY              E-FILED 09/21/11
   a Professional Corporation
3  533 South Fremont Avenue, Ninth Floor  CLOSED
   Los Angeles, California 90071-1706
4  Telephone:  (213) 488-4100
   Facsimile:  (213) 488-4180
5
   Attorneys for Defendant SOUTHWEST
6  REGIONAL COUNCIL OF CARPENTERS
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHWEST REGIONAL COUNCIL OF CARPENTERS, </br></br>        Petitioner, </br></br>   v. </br></br> DARRACQ CONCRETE, </br></br>        Respondent. | CASE NO. LACV-11-6611 PSG (SSx) </br></br> [~~PROPOSED~~] JUDGMENT CONFIRMING ARBITRATION AWARD |

Upon consideration of the contentions of Petitioner Southwest Regional Council of Carpenters' unopposed Petition to Confirm Arbitration Award, and this Court having jurisdiction under Section 301 of the Labor Management Relations Act, 29 U.S.C. § 185, and good cause appearing therefor,

IT IS HEREBY ORDERED AND ADJUDGED that the Award issued by Arbitrator Edna Francis on May 12, 2011, is hereby confirmed and enforced, and Respondent Darracq Concrete shall comply with the Award, including the following remedy:

> To remedy the violation, [Darracq Concrete] shall reinstate Grievant [Cynthia Norwood] to employment and shall award her pay and benefits she would have earned but for the unlawful termination of employment. At a minimum, the award shall cover the period from the date of termination of employment to the date of [Darracq Concrete]'s receipt of this award. In calculating the amount of back pay to be awarded, [Darracq Concrete] may deduct from the amount

of back pay otherwise due (a) the amount of Grievant's earnings, if any, from interim employment and (b) the amount of any overpayment not recovered by [Darracq Concrete].

IT IS FURTHER ORDERED AND ADJUDGED that, pursuant to California Civil Code Section 3289(b), Respondent Darracq Concrete must pay an interest at a rate of ten (10) percent per annum from the time of the breach until full satisfaction of the arbitration award.

This Court retains jurisdiction for purposes of confirming and enforcing any further award made by the arbitrator.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that SOUTHWEST REGIONAL COUNCIL OF CARPENTERS has a judgment against DARRACQ CONCRETE, as follows:

| | | |
|---|---|---:|
| 1. | Lost pay for the 462 hours of lost time between February 15, 2011 to May 13, 2011 at the rate of $18.68 per hour | $8,630.16 |
| 2. | Interest of ten (10) percent per annum on $8,630.16, pursuant to California Civil Code Section 3289(b), from the time of the breach on February 15, 2011 to September 1, 2011, the date of the Order confirming the Arbitration Award | $510.72 |
| | **TOTAL TO CYNTHIA NORWOOD** | **$9,140.88** |
| 3. | Lost benefits for the 462 hours of lost time between February 15, 2011 to May 13, 2011 at the rate of $6.99 per hour | $3,229.38 |
| 4. | Interest of ten (10) percent per annum on $3,229.38, pursuant to California Civil Code Section 3289(b), from the time of the breach on February 15, 2011 to September 1, 2011, the date of the Order confirming the Arbitration Award | $191.11 |
| | **TOTAL TO THE CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION** | **$3,420.49** |
| | **GRAND TOTAL** | **$12,561.37** |

/ / /

/ / /

/ / /

1     This Court retains jurisdiction for purposes of confirming and enforcing any
2 further award made by the arbitrator.
3     IS IT SO ADJUDGED,

5 DATE:   09/21  , 2011

**PHILIP S. GUTIERREZ**
Judge Philip S. Gutierrez
Judge of the United States District Court

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is DeCARLO, CONNOR & SHANLEY, a Professional Corporation, 533 South Fremont Avenue, Ninth Floor, Los Angeles, California 90071-1706.

On September 19, 2011, I served the foregoing document described as [PROPOSED] JUDGMENT CONFIRMING ARBITRATION AWARD on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

DARRACQ CONCRETE
420 North Mckinley Street, # 111-160
Corona, CA 92879

[X]  (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States Mail at Los Angeles, California.

[ ]  (BY FACSIMILE) at approximately _____ p.m.

Executed on September 19, 2011, at Los Angeles, California.

[ ]  (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]  (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

                                                            */s/ Nelly Caywood*
                                                            Nelly Caywood